## HARRY CLARK v. THE PEOPLE.

*Examination as to plea of guilty.*

Judgment on a plea of guilty was reversed and the prisoner discharged, where the record showed that the information was sworn to and the

accused was arraigned, pleaded guilty, and was sentenced on the same day, and did not show anything from which it could be inferred that he was examined under Act 99 of 1875 as to whether his plea of guilty was voluntary.

Error to Kent. Submitted June 22. Decided October 6.

INFORMATION for "grand larceny." Respondent brings error. Reversed. Prisoner discharged.

*Gibson & Parkinson* for plaintiff in error.

Attorney-General *Otto Kirchner* for the people.

MARSTON, C. J. This case comes clearly within *Edwards v. People* 39 Mich. 760. The information was sworn to December 26, 1878, and on the same day the respondent was arraigned, pleaded guilty, and was sentenced, and there is nothing in the record showing, or from which it can be inferred, that any examination, such as the act of 1875 contemplates, was had.

The judgment must therefore be reversed and the prisoner discharged.

The other Justices concurred.